IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FAROUK SYSTEMS, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-07-3384 |
| | § | |
| RAKESH V. PARMAR, Individually, | § | |
| and d/b/a SCULLEY_1, | § | |
| | § | |
| Defendants. | § | |

**FINAL JUDGMENT AND PERMANENT INJUNCTION**

Plaintiff, Farouk Systems, Inc., ("FSI"), is entitled under 15 U.S.C. § 1117(c)(2) to recover from the defendant, Rakesh V. Parmar, individually and d/b/a sculley_1, statutory damages in the amount of $250,000.00 due to the defendant's willful infringement of FSI's trademark rights.  FSI is also awarded postjudgment interest at a rate of 2.23% per annum from the date of this Final Judgment.  As this action is an exceptional case under 15 U.S.C. § 1117(a), FSI is also awarded its reasonable attorneys' fees and costs in the amounts of $9,893.85, and $589.00, respectively, as authorized by 15 U.S.C. §§ 1117(a) and/or 1117(b).

It is further ordered that:

1. The defendant is permanently enjoined from advertising, promoting, representing, offering for sale, or selling any hair care product bearing, displaying, or advertising under: (a) the trademark CHI; (b) the trademark CHI of U.S. Trademark Registration No. 2,660,257; U.S. Trademark Registration No. 3,107,769; U.S. Trademark Application Serial No. 78/524,660; and/or of U.S. Trademark Application Serial No.

76/512,597; (c) the trademark ULTRA CHI of U.S. Trademark Application Serial No. 78/622,448; (d) the trademark CHI NANO of U.S. Trademark Application Serial No. 77/055,581; or (e) the trademark BIOCHI of U.S. Trademark Application Serial No. 77/265,353 (collectively the "Farouk Systems Trademarks), unless such hair care products are obtained by defendant from FSI.

2. The defendant is permanently enjoined from advertising, promoting, representing, offering for sale, or selling any hair care product as being sponsored by, associated with, affiliated with, or connected to FSI, unless such hair care products are obtained by defendant from FSI.

3. The defendant is permanently enjoined from representing to the public that he is authorized by FSI to promote, advertise, sell, or offer for sale any hair care product bearing, displaying, or advertised under the Farouk Systems Trademarks.

4. The defendant is permanently enjoined from advertising, promoting, selling, offering for sale, or in any other way representing to the public that any hair care products, not originating from FSI, are associated with, sponsored by, connected with, or affiliated with FSI.

It is further ordered that this Final Judgment and Permanent Injunction is binding on the defendant, his representatives, successors, and assigns.

This is a final judgment.

SIGNED on August 14, 2008, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge

2